ALLEN C. HASSAN
Attorney at Law,  SBN: 104024
Sacramento, California 95821
(916) 971-3900;  Fax #:  (916) 971-3618
Email:  AHLO1936@YAHOO.COM

Attorney for Plaintiff:  IN PRO SE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN C. HASSAN ) | NO:   2:19-cv-02521-MCE-AC |
| ) | |
| Plaintiffs. ) | ORDER GRANTING PLAINTIFF |
| ) | ADDITIONAL TIME TO SERVE |
| ) | THE DEFENDANTS |
| vs. ) | |
| ) | |
| CALIFORNIA MEDICAL BOARD, ) | |
| KIMBERLY KIRCHMEYER, (Director of California ) | |
| Board); UC SANDIEGO PACE PROGRAM, ) | |
| Et. Al. ) | |
| Defendants. ) | |
| _____) | |

   Good Cause appearing therefore, Plaintiff's request for additional time in which to serve the Defendants, herein is Granted.

///

///

///

///

1

ORDER EXTENDING TIME TO SERVE DEFENDANTS

1 | Plaintiff shall have until July 16, 2020 to get the defendants served.
2 | IT IS SO ORDERED.
3 | Dated:  June 19, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE