IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLEN C. HASSAN,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**CALIFORNIA MEDICAL BOARD, et al.,**<br><br>　　　　　　　　　　　　　Defendants. | No. 2:19-CV-02521-MCE-AC<br><br>**ORDER EXTENDING TIME BY TWENTY-EIGHT DAYS FOR STATE DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

　　　Good cause appearing, the parties' stipulation for a 28-day extension for Defendants to respond to the first amended complaint is GRANTED.

///

///

///

///

///

///

///

///

///

1

1  Defendants the Medical Board of California, Susan Friedman, Dev GnanaDev, Randy
2  Hawkins, Howard Krauss, Ronald Lewis (erroneously sued as "Ronald Lewid"), Laurie R.
3  Lubiano, Asif Mahmood, Denise Pines, David Warmoth, Eserik Watkins, and Felix C. Yip
4  (collectively "State Defendants") shall respond to the first amended complaint on or before
5  September 3, 2020.

6  IT IS SO ORDERED.

7  Dated: August 10, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE