1 | X<small>AVIER</small> B<small>ECERRA</small>, State Bar No. 118517
Attorney General of California
2 | P<small>ETER</small> A. M<small>ESHOT</small>, State Bar No. 117061
Supervising Deputy Attorney General
3 | D<small>IANA</small> E<small>SQUIVEL</small>, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7320
 Facsimile: (916) 322-8288
 E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants Med. Bd. of Cal., Friedman, GnanaDev, Hawkins, Krauss, Lewis, Lubiano, Mahmood, Pines, Warmoth, Watkins, and Yip*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ALLEN C. HASSAN,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA MEDICAL BOARD, et al,**<br><br>Defendants. | No. 2:19-cv-02521-MCE-AC<br><br>**STIPULATION AND ORDER FOR FOURTEEN-DAY EXTENSION FOR STATE DEFENDANTS TO FILE THEIR RESPONSE TO THE AMENDED COMPLAINT**<br><br>Action Filed: July 16, 2020 |

Under Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 144(a), Plaintiff pro se Allen C. Hassan and Defendants the Medical Board of California, Susan Friedman, Dev GnanaDev, Randy Hawkins, Howard Krauss, Ronald Lewis, Laurie R. Lubiano, Asif Mahmood, Denise Pines, David Warmoth, Eserick Watkins, and Felix C. Yip (collectively "State Defendants"), through their attorneys of record, stipulate to and request a fourteen-day extension for the State Defendants to respond to the first amended complaint. Good cause exists to grant this extension because State Defendants require more time to file their response.

1

Stipulation & Order for 14-Day Extension for State Defendants to File their Response to the Amended Complaint (2:19-cv-02521 MCE-AC)

When an act must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time expires.  Fed. R. Civ. P. 6(b)(1)(A).  State Defendants' response is currently due on September 3, 2020, based on the parties' prior request for a twenty-eight day extension.  (*See* ECF Nos. 12, 15.)  Counsel for State Defendants anticipated filing the response by the current due date.  However, the unexpected death of defense counsel's mother-in-law on August 22, 2020, resulted in defense counsel being out of the office the week of August 24, and she will be unable to complete the responsive pleading due here.  For this reason the parties, agree to a fourteen-day extension for State Defendants to file their response to the complaint.

IT IS SO STIPULATED.

Dated:  September 3, 2020                                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendant Cal. Med. Bd.*

Date:  September 3, 2020                                    */s/ Allen C. Hassan*  (as authorized 9/3/20)

ALLEN C. HASAN, ESQ.
*Plaintiff pro se*

SA2020302435
34377076.docx

2

**ORDER**

Good cause appearing, the parties' stipulated request for a fourteen-day extension for State Defendants to respond to the first amended complaint is GRANTED.

Defendants the Medical Board of California, Susan Friedman, Dev GnanaDev, Randy Hawkins, Howard Krauss, Ronald Lewis, Laurie R. Lubiano, Asif Mahmood, Denise Pines, David Warmoth, Eserick Watkins, and Felix C. Yip shall respond to the first amended complaint on or before September 17, 2020.

IT IS SO ORDERED.

Dated:  September 4, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE