KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ALLEN C. HASSAN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA MEDICAL BOARD, KIMBERLY KIRCHMEYER, (Former Director of California Medical Board); UC SANDIEGO PACE PROGRAM, HOWARD KRAUSS, M.D.; FELIX C. YIP, M.D.;   DEV GNANADEV, M.D.; ESERIK "TJ" WATKINS RONALD LEWIS, M.D; DENISE PINES, (Pres.) LAURIE ROSE LUBIANO, J.D.; SUSAN F. FRIEDMAN, M.D.;  RANDY HAWKINS, M.D.; ASIF MAHMOOD, M.D.; DAVID WARMOTH; RICHARD E. THORP, M.D. in their individual capacity, <br><br> Defendants. | Case No. 2:19-cv-02521-MCE-AC <br><br> **ORDER GRANTING STIPULATION FOR TWENTY-EIGHT-DAY EXTENSION FOR UC DEFENDANT SAN DIEGO PACE PROGRAM TO FILE THEIR RESPONSE TO THE COMPLAINT [L.R. 144(a)]** <br><br> Date: <br> Time: <br> Judge: Hon. Morrison C. England, Jr. <br> Dept.:  7 (14th Floor) |

1  Good cause appearing, the parties' stipulation for a 28-day extension for UC
2 SAN DIEGO PACE PROGRAM to respond to the complaint is GRANTED.
3 Defendant UC SAN DIEGO PACE PROGRAM shall respond to the complaint on
4 or before October 27, 2020.
5  IT IS SO ORDERED.

7 Dated:  October 1, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE