IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLEN C. HASSAN,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**CALIFORNIA MEDICAL BOARD, et al.,**<br><br>　　　　　　　　　　　Defendants. | No. 2:19-CV-02521-MCE-AC<br><br>[~~Proposed~~] ORDER GRANTING STATE DEFENDANTS' REQUEST FOR SEVEN-DAY EXTENSION TO RESPOND TO THE THIRD AMENDED COMPLAINT |

　　　Good cause appearing, the request of Defendants the Medical Board of California, Susan Friedman, Dev GnanaDev, Randy Hawkins, Howard Krauss, Ronald Lewis, Laurie R. Lubiano, Asif Mahmood, Denise Pines, David Warmoth, Eserick Watkins, and Felix C. Yip (collectively "State Defendants") for a seven-day extension to respond to the third amended complaint is GRANTED.

　　　The State Defendants shall respond to Plaintiff's third amended complaint, filed on April 26, 2021 (ECF No. 31), by no later than June 8, 2021.

　　　IT IS SO ORDERED.

Dated: June 2, 2021

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1