UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN C. HASSAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA MEDICAL BOARD, et al.,<br><br>    Defendants. | No.  2:19-cv-2521 MCE AC PS<br><br><br><br>ORDER |

Plaintiff proceeds in this action in pro per.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On July 20, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 45.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 46.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations filed July 20, 2021, are ADOPTED in full;

///

///

1

2. The motions to dismiss at ECF 38 and 40 are GRANTED and the operative complaint is DISMISSED in its entirety; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 6, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2