1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   ALLEN C. HASSAN,                        No.  2:19-cv-02521 MCE AC PS

11              Plaintiff,

12       v.                                  ORDER

13   CALIFORNIA MEDICAL BOARD, et al.,

14              Defendants.

15

16          Plaintiff is proceeding in this matter pro se.  Pre-trial proceedings were accordingly

17   referred to the undersigned pursuant to Local Rule 302(c)(21).  Id.  Judgment was entered in this

18   case on October 7, 2021.  ECF No. 48.  Plaintiff filed a notice of appeal on December 7, 2021

19   (ECF No. 50), along with a motion for an extension of time to file a notice of appeal.  ECF No.

20   49.  The motion for an extension of time (ECF No. 49) is GRANTED and the notice of appeal is

21   accepted.

22          Plaintiff also filed a motion to proceed in forma pauperis.  ECF No. 51.  Plaintiff already

23   paid the filing fee in this case.  ECF No. 1.  If plaintiff wishes to proceed without paying fees at

24   the Ninth Circuit, he must file the appropriate papers with the Ninth Circuit.  The motion at ECF

25   No. 51 is therefore DENIED as MOOT.

26          IT IS SO ORDERED.

27   DATED: December 8, 2021

                                             ALLISON CLAIRE
28                                           UNITED STATES MAGISTRATE JUDGE